DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES M. CUYLER,

Appellant,

v.

FREEDOM MORTGAGE CORP.; BROCK & SCOTT, PLLC;
THOMAS E. BROCK; and GREGORY SCOTT,

Appellees.

No. 2D2025-1197

_____

February 4, 2026

Appeal from the Circuit Court for Hillsborough County; Cheryl K. Thomas, Judge.

James M. Cuyler, pro se.

Joseph A. Apatov of McGlinchey Stafford, Fort Lauderdale, for Appellee, Freedom Mortgage Corp.

Gavin MacMillan of Brock & Scott, PLLC, Winston Salem, North Carolina, for Appellees, Brock & Scott, PLLC, Thomas E. Brock, and Gregory Scott.

PER CURIAM.

Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.